JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEANE SCHWARTZ,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>Respondent. | Case No. 5:11-cv-01174-MWF (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: March 26, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge